BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff THOMAS E. MARTINEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS E. MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE <br> Commissioner of Social Security, <br><br> Defendant. | No.  1:09-CV-01006 GSA <br><br> ORDER DISMISSING CASE |

At the request of the parties, the court dismisses the above matter without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: December 9. 2009

　　　　　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　THE HONORABLE GARY S. AUSTIN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE